**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DANTE JACKSON,                                  )
                                                )
                   Plaintiff,                   )
                                                )
        vs.                                     )        Civil Action No. 3:24-cv-204
                                                )        Judge Stephanie L. Haines
LIEUTENANT J. PANCOAST, *et al.*,               )
                                                )
                   Defendants.                  )

## <u>MEMORANDUM ORDER</u>

Presently before the Court is Defendants' Partial Motion to Dismiss Plaintiff Dante Jackson's ("Mr. Jackson") Complaint. (ECF No. 13). Mr. Jackson's Complaint (ECF No. 7) includes three claims: a claim for Retaliation under the First and Fourteenth Amendments ("Count I"), a Conditions of Confinement claim under the Eighth and Fourteenth Amendments ("Count II"), and a Due Process claim under the Fourteenth Amendment ("Count III"). (*Id.* at 23–25). This matter was referred to Magistrate Judge Keith A. Pesto ("Magistrate Judge Pesto") for proceedings in accordance with the Federal Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.D.

On February 18, 2026, Magistrate Pesto filed a Report and Recommendation (ECF No. 33) recommending that the Court grant Defendants' Motion at ECF No. 13. (ECF No. 33 at 1). Further, upon considering Defendants' Motion and screening Mr. Jackson's Complaint, Judge Pesto recommended that the Court dismiss Counts I and III with prejudice and dismiss Count II without prejudice and with leave to amend. (*Id.* at 1–2). Magistrate Judge Pesto advised Mr. Jackson that he could file objections to the Report and Recommendation within the time provided by law. (*Id.* at 4–5). *See* 28 U.S.C. § 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. Mr. Jackson has not filed Objections, and the time to do so has expired.

1

Therefore, upon review of the record and the Report and Recommendation (ECF No. 33) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 99–100 (3d Cir. 2017) (standard of review when no timely objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Pesto in this matter. Magistrate Judge Pesto correctly concluded that Mr. Jackson's entire Complaint should be dismissed, Counts I and III should be dismissed with prejudice, and Count II should be dismissed without prejudice and with leave to amend.

Accordingly, the following order is entered:

## **ORDER**

AND NOW, this 30th day of March, 2026, IT IS ORDERED that Mr. Jackson's Complaint at ECF No. 7 hereby is DISMISSED for the reasons in Magistrate Judge Pesto's Report and Recommendation at ECF No. 33 and those articulated by the Court in the Memorandum Order above; and,

IT IS FURTHER ORDERED that Defendants' Motion at ECF No. 13 is GRANTED; and

IT IS FURTHER ORDERED that Magistrate Judge Pesto's Report and Recommendation (ECF No. 33) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that Mr. Jackson's Complaint is DISMISSED. Specifically, Counts I and III are DISMISSED WITH PREJUDICE. Count II is DISMISSED WITHOUT PREJUDICE and WITH LEAVE TO AMEND; and,

IT IS FURTHER ORDERED that Mr. Jackson may file an Amended Complaint, containing his claim at Count II alone, on or before **April 28, 2026**. In the event Mr. Jackson does not file an Amended Complaint by that date, he will be deemed to be standing on his Complaint at ECF No. 7, the Court will dismiss the Complaint at ECF No. 7 in its entirety with prejudice, and the Court will enter a Judgment Order and close this case.

Stephanie L. Haines
United States District Judge

**Notice by U.S. Mail to:**
Plaintiff at his address of record